IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CASSANDRA LEWIS, | : | |
| Plaintiff, | : | |
| | | Case No. 3:12cv00383 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, | | |
| Acting Commissioner of the Social | : | |
| Security Administration, | | |
| | : | |
| Defendant. | | |
| | : | |

# DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on January 29, 2014 (Doc. #11) is ADOPTED in full;

2. The Commissioner's final non-disability decision is REVERSED;

3. The instant case is REMANDED to the Social Security Administration (a) for payment of Disability Insurance Benefits consistent with the Social Security Act from December 21, 2005 (the date on which she became abstinent from drugs and alcohol) to present; and (b) for payment of Supplemental Security Income consistent with the Social Security Act from December 21, 2005 to March 31, 2008 (the day before the date on which the Social Security Administration has previously found her to be under a benefits-qualifying disability and for which she has already received SSI benefits); and

4. The case is terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge