# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CASSANDRA LEWIS,    :

    Plaintiff,    :

                                Case No. 3:12cv00383

vs.    :

                                District Judge Walter Herbert Rice

CAROLYN W. COLVIN,    :    Chief Magistrate Judge Sharon L. Ovington

Acting Commissioner of the Social

Security Administration,    :

    Defendant.    :

# REPORT AND RECOMMENDATIONS[1]

    This case is before the Court upon the Plaintiff's Attorney's Motion For An Award Of Attorney Fees Under 42 U.S.C. §406(b) (Doc. #17), the Commissioner's Response (Doc. #18), and the record as a whole.

    The Motion seeks an award of attorney fees under 42 U.S.C. §406(b)(1) in the total amount of $7,000.00. The Commissioner does not oppose this request. (Doc. #18, PageID at 167). In the absence of opposition by the Commissioner, the Motion, Memorandum, and supporting Exhibits establish that an award to Plaintiff's counsel of $7,000.00 in attorney fees is warranted under 42 U.S.C. §406(b)(1).

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Report and Recommendations.

The Commissioner suggests that if the Court orders the requested award of $7,000.00 in attorney fees, the Court should also order Plaintiff's counsel to reimburse Plaintiff the $3,715.00 previously paid to counsel under the Equal Access to Justice Act (EAJA). *See* Doc. #16. In the absence of a response or opposition by Plaintiff's counsel, Commissioner's suggestion is well taken. *See Jankovich v. Bowen*, 868 F.2d 867, 871 n.1 (6th Cir. 1989).

Accordingly, the Court hereby **RECOMMENDS** that:

1. Plaintiff's Attorney's Motion For An Award Of Attorney Fees Under 42 U.S.C. §406(b) (Doc. #17) be GRANTED;

2. The Commissioner be directed to pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $7,000.00;

3. Plaintiff's counsel be directed to reimburse Plaintiff the amount of EAJA fees – $3,715.00 – previously awarded to counsel; and

4. The case remain terminated on the docket of this Court.

August 29, 2014

            s/Sharon L. Ovington
            Sharon L. Ovington
          Chief United States Magistrate Judge

**NOTICE REGARDING OBJECTIONS**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within **FOURTEEN** days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to **SEVENTEEN** days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F). Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within **FOURTEEN** days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981).